IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TIMOTHY MICHAEL DAVIDSON, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 19-00279 LEK-KJM ORDER OF RECUSAL |
| Plaintiff, | | |
| vs. | | |
| UNIVERSITY OF HAWAII | | |
| Defendant. | | |

## ORDER OF RECUSAL

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

Dated: Honolulu, Hawai'i, June 4, 2019.

Kenneth J. Mansfield
United States Magistrate Judge