CARRIE K. S. OKINAGA    5958-0
  University General Counsel
DEREK T. MAYESHIRO    6858-0
derek.mayeshiro@hawaii.edu
LESLIE P. CHINN    8426-0
leslie.chinn@hawaii.edu
  Associates General Counsel
**UNIVERSITY OF HAWAIʻI**
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi  96822
Telephone: (808) 956-2211
Facsimile:   (808) 956-2109

Attorneys for Defendant
UNIVERSITY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TIMOTHY MICHAEL DAVIDSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF HAWAII,<br><br>        Defendant. | CIVIL NO. 19-00279  LEK-WRP<br><br>**NOTICE OF APPEARANCE OF COUNSEL AS TO DEFENDANT UNIVERSITY OF HAWAIʻI; CERTIFICATE OF SERVICE**<br><br>(No Trial Date Set) |

### NOTICE OF APPEARANCE OF COUNSEL
### AS TO DEFENDANT UNIVERSITY OF HAWAIʻI

COMES NOW, the Office of the Vice President for Legal Affairs and University General Counsel, University of Hawaiʻi, and hereby gives notice that LESLIE P. CHINN, Associate General Counsel, appears as counsel for

Defendant UNIVERSITY OF HAWAIʻI and requests that she be served with all filings and other papers related to the above-captioned case.

DATED: Honolulu, Hawaiʻi, July 19, 2019.

    /s/ *Leslie P. Chinn*
CARRIE K. S. OKINAGA
  University General Counsel
DEREK T. MAYESHIRO
LESLIE P. CHINN
  Associates General Counsel

Attorneys for Defendant
UNIVERSITY OF HAWAIʻI