ORIGINAL

cc: π

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 02 2020
at 12 o'clock and 08 min. P M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| TIMOTHY MICHAEL DAVIDSON, ) | | Civil No. 19-00279-LEK-WRP |
| Plaintiff, ) | | CERTIFICATE OF SERVICE |
| vs. ) | | PLAINTIFF'S FIRST REQUEST |
| UNIVERSITY OF HAWAII, ) | | FOR DOCUMENTS AND THINGS |
| Defendant. ) | | Jury Trial: August 3, 2020 |
| _____ ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date noted below, a true and correct copy of the foregoing document was served on the following via USPS CERTIFIED MAIL:

LESLIE P. CHINN
DEREK T. MAYESHIRO
University General Counsel
2444 Dole Street, Bachman Hall 110
Honolulu, HI 96822

Attorneys for Defendant
UNIVERSITY OF HAWAII

DATED: Corvallis, Oregon, December 30, 2019

_____
TIMOTHY MICHAEL DAVIDSON Plaintiff in Pro Se

Received By Mail
Date 1/2/2020
LS

# PRIORITY MAIL

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE





U.S. POSTAGE PAID
PM 3-Day
CORVALLIS, OR
97333
DEC 30, 19
AMOUNT
$7.35
R2304M110784-8

**UNITED STATES DISTRICT COURT**

**District of Hawaii**

**Clerk's Office**

**300 Ala Moana Blvd. Rm C338**

**Honolulu, HI 96850**



EXPECTED DELIVERY DAY: 01/04/20

USPS TRACKING® NUMBER

9505 5156 3898 9364 5189 96

---

From: T. Davidson
PO Box 169
Corvallis, OR 97339





RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 02 2020
DISTRICT OF HAWAII