CARRIE K. S. OKINAGA       5958-0
  University General Counsel
DEREK T. MAYESHIRO       6858-0
derek.mayeshiro@hawaii.edu
JOSEPH F. KOTOWSKI, III       7973-0
joseph.kotowski@hawaii.edu
  Associates General Counsel
**UNIVERSITY OF HAWAIʻI**
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi 96822
Telephone: (808) 956-2211
Facsimile: (808) 956-2109

Attorneys for Defendant
UNIVERSITY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| TIMOTHY MICHAEL DAVIDSON, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF HAWAII, <br><br> Defendant. | Civil No. 19-00279 LEK-WRP <br><br> **CERTIFICATE OF SERVICE** <br><br> [Re: Defendant University of Hawaii's Response to Plaintiff's First Request for Production of Documents and Things Dated December 30, 2019] |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date noted below, a true and correct copy

of *Defendant University of Hawaii's Response to Plaintiff's First Request for*

*Production of Documents and Things, dated December 30, 2019* was

served via Certified Mail – Return Receipt Requested -- U.S. Mail, postage

prepaid on the following:


TIMOTHY M. DAVIDSON
P.O. Box 169
Corvallis, OR  97339

Plaintiff – *Pro Se*

     DATED:  Honolulu, Hawai'i, January 31, 2020.


                /s/ Joseph F. Kotowski, III
                CARRIE K. S. OKINAGA
                  University General Counsel
                DEREK T. MAYESHIRO
                JOSEPH F. KOTOWSKI, III
                  Associates General Counsel

                Attorneys for Defendant
                UNIVERSITY OF HAWAI'I